

~~SEALED~~



FILED

2020 MAR 16 P 3:35

1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PABLO RAMON DELAROSA,<br><br>　　　　　　　　Defendant. | Case No.: **20MJ9021**<br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm |
|---|---|

The undersigned complainant being duly sworn states:

On or about February 15, 2020, within the Southern District of California, defendant PABLO RAMON DELAROSA, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit a Glock, model 19 Gen 4, 9 millimeter pistol bearing serial number ZCS435; in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*[signature]*
ANGELICA CARPENTER, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF MARCH, 2020.

*[signature]*
HON. RUTH BERMÚDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

2

# STATEMENT OF FACTS

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

On or about February 15, 2020, El Centro Police Department (ECPD) officers responded to a call at the Circle K convenience store, located at 488 West Brighton Avenue, El Centro, CA. This call was in reference to an individual outside of the establishment who was refusing to leave. As officers arrived on scene, they noticed no one was outside of the location, but a black Honda Civic was parked in the parking lot. Officers then recognized an individual, identified as Pablo Ramon DELAROSA, who they were familiar with from previous police contacts. Officers also knew that DELAROSA was an East Side Centro Gang Member and has the letters "ESC" tattooed on the front of DELAROSA's neck in large letters.

Officers observed DELAROSA at the front counter engaging in conversation with the store clerk while DELAROSA was manipulating an object in either his pocket or waist band. DELAROSA was observed by officers wearing a blue, oversized, Charger's football jersey and blue jeans.

As officers exited their marked police units to make entry into the store, officers observed DELAROSA walk away from the counter and towards the beverage coolers located along the north wall of the store. Officers observed DELAROSA briefly bend over and then turn to face the beverage coolers. During this time officers contacted the store clerk, identified as R.S. R.S. informed the officers that the individual who previously refused to leave the store was no longer an issue. Officers then exited the store and waited in their marked police units where they observed DELAROSA conduct a purchase with the store clerk and leave the area in the previously identified black Honda Civic.

Officers then re-entered the store. During the time ECPD officers observed the store, no one else had entered or left the store. Officers searched the area near a Reign Energy Drink display where DELAROSA had previously been observed bent over. Officers located a Glock, model 19 Gen 4, 9 millimeter pistol bearing serial number ZCS435 loaded with thirteen (13) rounds of ammunition in the drink display. Officers called R.S. over and asked if the firearm belonged to R.S. R.S. stated the firearm did not.

A query of the firearm serial number revealed the firearm to be stolen out of Tempe, Arizona. The firearm was seized and entered into evidence at ECPD.

Later that same day, officers returned to the Circle K in order to obtain video surveillance from the store regarding the incident. Officers observed the video which showed DELAROSA bend over near the Reign Energy Drink display to place an unknown object. DELAROSA is then observed selecting an item from the beverage cooler, paying the clerk, and exiting the store. A short time after, officers are observed searching the area utilizing a flashlight. The officer then retrieves a firearm from the same location DELAROSA is seen placing the unknown object. A copy of the video was recorded by officers on a digital camera and uploaded as evidence.

Records checks on DELAROSA revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
| --- | --- | --- | --- |
| 08/21/2003 | CASC – Visalia | 666 PC – PETTY THEFT W/PR JAIL | 2 YEARS PRISON |
| 06/10/2008 | CASC – Tulare | 11377(A) HS– POSSESS CONTROLLED SUBSTANCE | 2 YEARS PRISON |
| 07/21/2014 | CASC – Imperial | 273.5(A) PC– INFLICT CORPORAL INJ SPOUSE/COHAB | 2 YEARS PRISON |
| 11/09/2011 | CASC – El Centro | 12021(A)(1) PC - FELON/ETC POSSESS FIREARM | 3 YEARS PRISON |

4

| 04/07/2015 | CASC – Imperial | 29800(A)(1) PC - FELON/ADDICT POSS/ETC FIREARM | 3 YEARS PRISON |
| --- | --- | --- | --- |
| 01/13/2017 | CASC – Imperial | 11379(A) HS - TRANSPORT/ETC CNTL SUB | 4 YEARS JAIL; 2 YEARS JAIL SS; 2 YEARS PROBATION |

Additionally, DELAROSA has a current active state arrest warrant issued by California Department of Corrections & Rehabilitation for parole violation. This warrant is dated February 24, 2020.

The firearm was inspected and preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

5